UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Banking Association,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS INDEMNITY COMPANY, a foreign insurance company; THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company; TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a THE AETNA CASUALTY AND SURETY COMPANY), a foreign insurance company,<br><br>    Defendants.<br><br>TRAVELERS INDEMNITY COMPANY, a foreign insurance company; THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company; and TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a THE AETNA CASUALTY AND SURETY COMPANY), a foreign insurance company,<br><br>    Third Party Plaintiffs,<br><br>    v.<br><br>UNIGARD INSURANCE COMPANY, a foreign insurance company; WAUSAU UNDERWRITERS INSURANCE COMPANY, a foreign insurance company; GREAT AMERICAN INSURANCE COMPANY, a foreign insurance company, and NATIONWIDE INDEMNITY | Case No. CV07-0322 RSL<br><br>ORDER GRANTING WAUSAU UNDERWRITERS INSURANCE COMPANY AND NATIONWIDE INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT |

| | |
|---|---|
| 1 | COMPANY, a foreign insurance company, |
| 2 | Third Party Defendants. |

Wausau Underwriters Insurance Company and Nationwide Indemnity Company's Motion for Summary Judgment came on for hearing without oral argument before the undersigned judge of the United States District Court for the Western District of Washington. Having reviewed the memoranda and evidence filed in support of and in opposition to the motion, the Court finds as follows:

Bank of America has not produced any evidence or otherwise raised a genuine issue of material fact regarding Wausau Underwriters Insurance Company and Nationwide Indemnity Company's untimely notice claim. Wausau has no duty to defend or indemnify Bank of America under Policy No. 2326-00-043919 in connection with the claims asserted against Bank of America by Safeway, Inc. or any other party in the underlying action filed in the Superior Court of Washington for King County, Case No. 04-2-33585-0.

Wausau's Motion for Summary Judgment on Wausau's Cross-Claim for Declaratory Relief Against Bank of America is GRANTED. The Clerk of Court is directed to enter judgment in favor of Wausau and Nationwide and against plaintiff.

Dated this 9th day of November, 2009.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

**ORDER GRANTING WAUSAU AND NATIONWIDE'S MOTION FOR SUMMARY JUDGMENT**